1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney

5

6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
7  Facsimile: (408) 535-5081
   E-Mail: daniel.kaleba@usdoj.gov

8

   Attorneys for the Complainant United States of America

9

**SEALED BY ORDER OF THE COURT**

**FILED**

2008 JUN -5  P 1: 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13   CR-8-90257 MISC                    RMW

14  IN THE MATTER OF THE            )   COMPLAINT FOR PROVISIONAL
    THE EXTRADITION OF              )   ARREST WITH A VIEW TOWARDS
15  JESUS FELIX SALAZAR             )   EXTRADITION (18 U.S.C. § 3184)
                                    )
16  _____ )   **UNDER SEAL**

17      I, the undersigned Assistant United States Attorney, being duly sworn, state on

18  information and belief based on information provided by the Office of International Affairs of

19  the United States Department of Justice that the following is true and correct:

20      1.   In this matter, I act for and on behalf of the Government of Mexico ("requesting

21  state");

22      2.   There is an extradition treaty in force between the United States and Mexico, 31

23  U.S.T. 5059; TIAS 9656;

24      3.   The extradition treaty between the United States and Mexico provides in Article

25  11 for the provisional arrest and detention of alleged fugitives pending the submission of a

26  formal request and supporting documents;

27

28

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION OF JESUS FELIX SALAZAR
**UNDER SEAL**

4.  In accordance with Article 11 of the extradition treaty, the Government of Mexico has asked the United States through diplomatic channels for the provisional arrest of JESUS FELIX SALAZAR with a view towards his extradition;

5.  According to the information provided by the requesting state in the form authorized by the extradition treaty, JESUS FELIX SALAZAR is charged in the State of Baja California with homicide, as covered by and punishable under Articles 123, 137, 143, 147, 148, and 150 of the Penal Code of the State of Baja California. On February 2, 1998, Fourth Penal Judge in Mexicali, Baja California issued a warrant for the arrest of JESUS FELIX SALAZAR in criminal case number 38/98.

6.  As set forth in diplomatic note 08725 dated October 8, 2002 and supplemental information included in diplomatic notes 03231 dated May 3, 2006 and 09770 dated December 14, 2007, respectively, the facts of the case are as follows:

   a.  On January 3, 1998, Luciano Pérez Montoya, his wife Margarita Valadéz, and their friend Alma Patiño Mesa were all in Pérez Montoya's car outside Pérez Montoya's house on their way to go shopping. According to Alma, before they could drive off, JESUS FELIX SALAZAR pulled up beside them in a pick-up truck with his cousin Félix Salazar Loreto. JESUS FELIX SALAZAR began to yell at Pérez Montoya, shouting that he wanted to speak with him.

   b.  When Pérez Montoya refused to get out of the vehicle, JESUS FELIX SALAZAR walked up to Pérez Montoya's car door and pulled out a firearm. Pérez Montoya said, "No Chuy, don't do that." According to Alma and Margarita, JESUS FELIX SALAZAR nonetheless shot at Pérez Montoya's chest, firing several times. JESUS FELIX SALAZAR also shot Margarita, the victim's wife, in the abdomen. JESUS FELIX SALAZAR then drove off in his pick-up truck. Luciano Pérez Montoya died before he could reach the hospital and Margarita survived.

   c.  According to Alma, JESUS FELIX SALAZAR and his wife were friends with Pérez Montoya, although JESUS FELIX SALAZAR had heard comments that his wife and

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION OF JESUS FELIX SALAZAR
**UNDER SEAL**                -2-

Pérez Montoya were having an affair. At a proceeding before the Public Prosecutor in Baja California, Pérez Montoya and Margarita's daughter Judith Perez Valdez, who was 15 years old at the time, stated that she witnessed the events and positively identified a photograph of JESUS FELIX SALAZAR as the one who shot and killed her father. At a similar proceeding, Margarita identified the same photograph as that of JESUS FELIX SALAZAR, the man who shot and killed her husband.

7.   Homicide is an extraditable offense under Article 2, Paragraph 1 of the Extradition Treaty between the United States and Mexico, listed under Item 1 of its Appendix.

8.   JESUS FELIX SALAZAR is a Mexican citizen, with a date of birth of May 28, 1960. JESUS FELIX SALAZAR is at large and is believed to be living in Gilroy, California. Photographs of JESUS FELIX SALAZAR have been provided by the Government of Mexico.

9.   Because disclosure of the existence of this complaint and the requested warrant may cause JESUS FELIX SALAZAR to flee, or may otherwise put the arresting officers in greater danger, the undersigned complainant requests that this complaint and the requested warrant be placed UNDER SEAL until the arrest of JESUS FELIX SALAZAR or until further order of the Court.

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of JESUS FELIX SALAZAR be issued in accordance with 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico; and that, if on such hearing, the Court deems the evidence sufficient under the provisions of the treaty to sustain the charge, the Court certify the same to the Secretary of State in order that a warrant may be issued for the surrender of JESUS FELIX SALAZAR to the appropriate authorities of Mexico according to the stipulations of the treaty; and for such other actions as the Court at the time may be required to take under the provisions of the treaty and the laws of the United States.

//
//

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION OF JESUS FELIX SALAZAR
**UNDER SEAL**                                   -3-

1  I swear under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.

3
4  DANIEL R. KALEBA
   Assistant United States Attorney

5
6
7  Sworn to before me and subscribed in my presence this 5th day of June, 2008, at San Jose,
8  California.

9
10
11  RICHARD SEEBORG
    United States Magistrate Judge

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION OF JESUS FELIX SALAZAR
**UNDER SEAL**                            -4-