SEALED BY ORDER
OF THE COURT

FILED

2008 JUN -5 P 1: 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF JESUS FELIX SALAZAR, | CR-08-90257 MISC<br>ORDER<br>**UNDER SEAL** |

BEFORE ME, a United States Magistrate Judge for the Northern District of California, personally appeared Assistant United States Attorney Daniel R. Kaleba, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that JESUS FELIX SALAZAR should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of JESUS FELIX SALAZAR be issued. The Court also ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until the arrest of the defendant or further order of this Court.

DATED: June 5, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER [**UNDER SEAL**]