1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California  94102
      Telephone: (415) 436-6830
7     kyle.waldinger@usdoj.gov

8  Attorneys for the Complainant United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | IN THE MATTER OF THE              ) | No. XR 08-90257 RMW (RS) |
|    | EXTRADITION OF JESUS FELIX        ) | |
| 13 | SALAZAR                           ) | |
|    |                                   ) | NOTICE OF APPEARANCE OF |
| 14 |                                   ) | ASSISTANT UNITED STATES |
|    |                                   ) | ATTORNEY |
| 15 |                                   ) | |
|    |                                   ) | |
| 16 |                                   ) | |

17  TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

18  NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

19       PLEASE TAKE NOTICE THAT THE CLERK is hereby requested to enter the additional

20  appearance of Assistant United States Attorney KYLE F. WALDINGER.  Mr. Waldinger is now

21  assigned to this matter, in addition to Assistant United States Attorney Daniel Kaleba, who has

22  previously entered his appearance.

23  DATED: June 19, 2008                         Respectfully submitted,

24                                               JOSEPH P. RUSSONIELLO
                                                 United States Attorney
25

26
                                                 _____
27                                               KYLE F. WALDINGER
                                                 Assistant United States Attorney
28

NOTICE OF APPEARANCE OF ASSISTANT
UNITED STATES ATTORNEY
[XR 08-90257 RMW (RS)]