| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | DANIEL R. KALEBA (CABN 223789)<br>Assistant United States Attorney |

FILED

2008 JUN 24  A 10: 3

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5081
E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the Complainant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN THE MATTER OF THE
THE EXTRADITION OF
JESUS FELIX SALAZAR

)  Misc. No. 08-90257 RMW (RS)
)
)  MANUAL FILING NOTIFICATION
)  RE: DIPLOMATIC NOTE NUMBER 008725
)
)
)

Regarding Diplomatic Note Number 008725

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

This filing was not e-filed because the documents are voluminous and difficult to scan because of ribbons/seals.

DATED: June 24, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
DANIEL R. KALEBA
Assistant United States Attorney