1  LUPE MARTINEZ, CSB 49620
   Attorney at Law
2  1010 West Taylor Street
   San Jose, California 95126
3  Telephone: (408) 971-4249
   FAX (408) 286-5705
4  martinez-luna@sbcglobal.net

5  Attorney for defendant
   Jesus Felix Salazar
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12

13  UNITED STATES OF AMERICA,       )   CR 08-90257-MISC-RMW
                                    )
14              Plaintiff,          )    NOTICE OF STATUS CONFERENCE
                                    )
15  vs.                             )   Date:  August 12, 2008
                                    )
16  JESUS FELIX SALAZAR,            )   Time: 11:00 a.m.
                                    )
17              Defendant.          )
    _____)

18

19  TO:   JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY AND
          DANIEL R. KALEBA, ASSISTANT UNITED STATES ATTORNEY
20

21      PLEASE TAKE NOTICE that the above case will be placed on calendar on

22  August 12, 2008, at the hour of 11:00 a.m. or as soon thereafter as counsel may be heard

23  in the courtroom of the Honorable Richard Seeborg, United States Magistrate Judge, 280

24  South First Street, San Jose, California 95113, for a status conference.

25  //

26  //

27
    Notice of Status Conference
28                                    1

1 | Dated: August 4, 2008        Respectfully submitted,

2 |                              s/s  Lupe Martinez

3 |                              LUPE MARTINEZ
                                 Attorney for defendant Jesus Felix Salazar

Notice of Status Conference

2