FILED

AUG 1 2 2008

CLERK, U.S. ...
NORTHERN DIS... ...IFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION

OF

JESUS FELIX SALAZAR

Case No. 08-90257 RMW (RS)

## AFFIDAVIT OF WAIVER OF EXTRADITION

I, Jesus Felix Salazar, having been fully informed by my attorney, Lupe Martinez, of my rights under the extradition treaty in force between the United States and Mexico, and Title 18, United States Code, § 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Mexico.

My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Mexico, the applicable sections of Title 18, United States Code, and the complaint filed by the United States Attorney on behalf of the Government of Mexico. I understand that, pursuant to Title 18, United States Code, Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

– that currently there is an extradition treaty in force between the United States and Mexico;

– that the treaty covers the offenses for which my extradition was requested;

– that I am the person whose extradition is sought by Mexico; and

– that probable cause exists to believe that I committed the offense for which extradition was requested.

I concede that I am the individual against whom charges are pending in Mexico and for whom process is outstanding there. I fully understand that in the absence of a waiver of my

rights, I cannot be compelled to return to Mexico unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States orders my extradition by issuing a warrant of surrender.

I have reviewed the complaint and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Mexico.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18, United States Code, and agree to be transported in custody, as soon as possible, to Mexico, and to remain in custody pending the arrival of agents from Mexico. No representative, official, or officer of the United States or of the Government of Mexico, nor any person whomsoever, has made any promise or offered any other form of inducement nor made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily and entirely of my own free will and accord.

Dated this 10 day of August, 2008.

x_____Jesus Felix_____
JESUS FELIX SALAZAR

_____
LUPE MARTINEZ
Attorney for JESUS FELIX SALAZAR

I hereby certify that on this 12th day of August, 2008, JESUS FELIX SALAZAR personally appeared before me and made his oath in due form of law that the statements herein are true.

_____
RICHARD SEEBORG
United States Magistrate Judge
Northern District of California