FILED

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AUG 1 2 2008

RICHARD W. ___ING
CLERK, U.S. ___ COURT
NORTHERN ___ CALIFORNIA
SAN JOSE

IN THE MATTER OF THE EXTRADITION

OF

JESUS FELIX SALAZAR

Case No. 08-90257 RMW (RS)

## ORDER

The Court having received the Complaint filed on June 5, 2008, by Daniel R. Kaleba, Assistant United States Attorney for the Northern District of California, for and on behalf of the Government of Mexico, pursuant to the request of the Government of Mexico, for the provisional arrest and extradition of JESUS FELIX SALAZAR, and an affidavit executed by JESUS FELIX SALAZAR and witnessed by his attorney, Lupe Martinez;

And, further, the Court having been advised in open session that JESUS FELIX SALAZAR is a fugitive sought by the Government of Mexico; that he is aware that the Government of Mexico has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Mexico and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that JESUS FELIX SALAZAR be committed to the custody of the United States Marshal for the Northern District of California pending arrival of the duly authorized representatives of the Government of Mexico, at which time the United

States Marshal shall deliver him to the custody of such authorized representatives to be transported to Mexico to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of JESUS FELIX SALAZAR shall be at such time and place as mutually agreed upon by the United States Marshal for the Northern District of California and the duly authorized representatives of the Government of Mexico.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 12th day of August, 2008.

_____
RICHARD SEEBORG
United States Magistrate Judge
Northern District of California